No. 132. SPECTOR MOTOR SERVICE, INC. *v.* MCLAUGH-
LIN, TAX COMMISSIONER, O'CONNOR, SUBSTITUTED DE-
FENDANT. This case is ordered restored to the docket
for reargument.

No. 268. WERNER *v.* SOUTHERN CALIFORNIA ASSOCI-
ATED NEWSPAPERS. Appeal from the Supreme Court of
California. Dismissed on motion of counsel for the ap-
pellant. *Morris Lavine* for appellant.

No. 275, Misc. MUSTERS *v.* SUPREME COURT OF INDI-
ANA. Marion County Criminal Court, Indianapolis, In-
diana. Certiorari denied. The motion for leave to file
petition for writ of mandamus is also denied.

No. 75, Misc. MCCANN *v.* KAUFMAN, U. S. DISTRICT
JUDGE. The motion for leave to file petition for writ of
mandamus and/or certiorari is denied.

No. 77, Misc. MCCANN *v.* KEECH, U. S. DISTRICT
JUDGE. The motion for leave to file petition for writ of
mandamus is denied.

No. 269, Misc. IN RE LAKE. The motion for leave to
file petition for writ of habeas corpus is denied.

No. 270, Misc. SMITH *v.* DOWD, WARDEN. The mo-
tion for leave to file petition for writ of certiorari is denied.

No. 280, Misc. WILLIAMS *v.* OVERHOLSER. The mo-
tion for leave to file petition for writ of habeas corpus is
denied.

No. 301. MOSER *v.* UNITED STATES. C. A. 2d Cir.
Certiorari granted. *Jack Wasserman* for petitioner. *So-*